UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE STEPHANIE ELLIS                           CIVIL ACTION

                                                NO. 05-1603

                                                SECTION "J" (5)

**ORDER**

Before the Court is a Motion for Reconsideration of Appeal. After considering the motion and the facts of this case, the Court finds that the appellant's motion should be DENIED.

**DISCUSSION**

On February 16, 2005, the United States Bankruptcy Court, Eastern District of Louisiana, dismissed Stephanie Ellis's ("Ellis") Chapter 13 case. Ellis filed a Motion to Reconsider Order of Dismissal with the bankruptcy court, which was denied on March 22, 2005.

On April 27, 2005, Ellis appealed the bankruptcy court's ruling and on the same day the clerk issued a briefing order, which required Ellis to file her brief by May 16, 2005. Ellis failed to file her brief and failed to file a response to

1

Defendants' Motion to Dismiss.  Accordingly, on June 21, 2005, the Court granted Defendants' Motion to Dismiss Appeal.

As of the date this case was dismissed, Ellis still had not filed an appeal brief.  Notably, Ellis's main argument in her bankruptcy appeal was that she did not receive fair or adequate notice concerning her bankruptcy hearing.  In the motion presently at issue, she asserts that she did not receive notice of the district court hearing.  The Court finds that Plaintiff's argument lacks merit and her motion for reconsideration should be denied.  Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Reconsideration of Appeal[1] should be and hereby is **DENIED**.

New Orleans, Louisiana this the 25th day of July, 2005.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

---

[1] Rec. Doc. 5.